# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>  vs.<br><br>ROGELIO VARGAS GALICIA,<br><br>                         Defendant. | CASE NO. 03cr3401-IEG<br><br>Order Granting Motion for Reconsideration; Directing Clerk to file Motion to Vacate Under 28 U.S.C. § 2255 |

      Defendant Rogelio Vargas Galicia previously filed a motion requesting a 90-day extension of the one-year statutory time period within which he must file a petition under 28 U.S.C. § 2255. By order filed April 1, 2009, the Court denied Defendant's motion, finding that the motion itself was filed beyond the one year statute of limitations.

      Defendant has filed a motion for reconsideration, arguing the Court miscalculated the time period for him to file his motion under § 2255. In addition, Defendant has mailed to the Court a motion seeking relief under § 2255. Upon review, the Court GRANTS Defendant's motion for reconsideration, and directs the Clerk to file Defendant's motion for relief under § 2255.

      The Court's April 1, 2009 order assumed that Defendant's counsel did not file a petition for a writ of certiorari to the United States Supreme Court following the Ninth Circuit's denial of his direct appeal. As such, the Court determined the time for Defendant to file a motion under § 2255 began to run 90 days after the Ninth Circuit's November 8, 2007 judgment affirming the conviction, and expired on February 6, 2009. In support of his current motion, however,

1  Defendant provides a copy of a letter from his attorney, dated April 25, 2008, indicating that the
2  U.S. Supreme Court had denied his petition for a writ of certiorari and that Defendant must file
3  any motion under 28 U.S.C. § 2255 by April 21, 2009.  Defendant mailed his motion for relief
4  under 28 U.S.C. § 2255 on April 20, 2009.  Therefore, it appears such motion was timely filed.
5      The Defendant's motion for reconsideration is GRANTED.  The Clerk is directed to file
6  Defendant's motion.  This order is without prejudice to the government's right to raise an issue as
7  to the timeliness of the motion in its response.
8  **IT IS SO ORDERED**.

10  **DATED: May 4, 2009**

                                        _____
                                        **IRMA E. GONZALEZ, Chief Judge**
                                        **United States District Court**